IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 4:12CR00055 DPM |
| | ) | |
| | ) | |
| BRANDON CAFFEY | ) | |

## GOVERNMENT'S MOTION TO REVOKE BOND

The United States of America, by and through counsel, Christopher R. Thyer, United States Attorney, and Anne E. Gardner, Assistant United States Attorney, submits the following:

1. On February 16, 2012, the defendant appeared before the Hon. H. David Young for plea and arraignment. The defendant was granted release on standard conditions. The defendant's standard conditions of release preclude him from violating any law and require him to immediately report to his pre-trial release officer any contact he has with law enforcement.

2. On May 5, 2012, the defendant was arrested and charged with domestic battery, third degree, following an incident with a female at his residence. The defendant was released on bond on May 7, 2012 and entered a plea of no contest to the charge on May 8, 2012 and sentenced to pay a $350 fine and $140 court costs.

WHEREFORE, the United States respectfully requests that the Court issue a summons for the Defendant's to appear before the Court to show cause why his pre-trial release should not be revoked.

Respectfully submitted,

CHRISTOPHER R. THYER
United States Attorney

/s/ Anne E. Gardner

By: ANNE E. GARDNER
Assistant U.S. Attorney
Bar No 41461
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Anne.Gardner2@usdoj.gov


CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion was served upon Willard Proctor, Esq., attorney for the defendant pursuant to electronic filing requirements on this 19th day of May, 2012.

/s/ Anne E. Gardner
_____
ANNE E. GARDNER