# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                          NO. 4:12CR00055-04 DPM

RYAN O'NEAL                                                           DEFENDANT

## ORDER

The Government has filed the pending motion for revocation of pre-trial release. See Document 142. In the motion, the Government asks the Court to issue a summons for defendant Ryan O'Neal ("O'Neal") and schedule a hearing for him to appear and show cause why his pre-trial release should not be revoked. The Court has reviewed the motion and finds that it should be, and is, granted.

The Clerk of the Court shall issue a summons. The summons shall contain the date, time, and place of the hearing on the Government's motion to revoke O'Neal's pre-trial release.

The hearing on the motion to revoke O'Neal's pre-trial release will be held beginning at 10:00 a.m. on Thursday, June 21, 2012, in Courtroom 2B of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas.

The portion of the motion seeking the actual revocation of O'Neal's pre-trial release remains pending before the Court.

IT IS SO ORDERED this ___13___ day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE