IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 4:12CR00055 DPM |
| | ) | |
| | ) | |
| BRANDON CAFFEY | ) | |

**GOVERNMENT'S MOTION TO REVOKE BOND**

The United States of America, by and through counsel, Christopher R. Thyer, United States Attorney, and Anne E. Gardner, Assistant United States Attorney, submits the following:

1. On February 16, 2012, the defendant appeared before the Hon. H. David Young for plea and arraignment.   The defendant was granted release on standard conditions.  The defendant's standard conditions of release preclude him from violating any law and require him to immediately report to his pre-trial release officer any contact he has with law enforcement.

2. On May 5, 2012, the defendant was arrested and charged with domestic battery, third degree, following an incident with a female at his residence.   The defendant was released on bond on May 7, 2012 and entered a plea of no contest to the charge on May 8, 2012 and sentenced to pay a $350 fine and $140 court costs.

3.  On August 24, 2012, the defendant was unsuccessfully discharged from chemical free living at Recover Centers of Arkansas after he failed to return by curfew on August 23, 2012.

4.  On September 27, 2012, the defendant was arrested following the execution of

a search warrant by the Little Rock Police Department at his residence.   The defendant was charged with possession of marijuana with purpose, possession of drug paraphernalia, and maintaining a drug premises.   The defendant was released on $25,000 bail and charges are pending.   On October 1, 2012, the defendant notified Pre-trial Services of his contact with law enforcement.

   WHEREFORE, the United States respectfully requests that the Court issue a summons for the Defendant's to appear before the Court to show cause why his pre-trial release should not be revoked.

                              Respectfully submitted,

                              CHRISTOPHER R. THYER
                              United States Attorney

                              /s/ Anne E. Gardner

                              By: ANNE E. GARDNER
                              Assistant U.S. Attorney
                              Bar No 41461
                              P.O. Box 1229
                              Little Rock, AR 72203
                              501-340-2600
                              Anne.Gardner2@usdoj.gov

                     CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing Motion was served upon Willard Proctor, Esq., attorney for the defendant pursuant to electronic filing requirements on this 8th day of November, 2012.

                              /s/ Anne E. Gardner
                              _____
                              ANNE E. GARDNER