IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                          NO. 4:12CR00055-13 DPM

CADARRO GIBSON                                                         DEFENDANT

ORDER

The Government has filed the pending motion to revoke bond. See Document 199. In the motion, the Government asks the Court to issue a summons for defendant Cadarro Gibson ("Gibson") and schedule a hearing for him to appear and show cause why his pre-trial release should not be revoked. The Court has reviewed the motion and finds that it should be, and is, granted.

The Clerk of the Court shall issue a summons. The summons shall contain the date, time, and place of the hearing on the Government's motion to revoke Gibson's pre-trial release.

The hearing on the motion to revoke Gibson's pre-trial release will be held beginning at 9:30 a.m. on Thursday, November 15, 2012, in Courtroom 2B of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas.

The portion of the motion seeking the actual revocation of Gibson's pre-trial release remains pending before the Court.

IT IS SO ORDERED this ___9___ day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE