IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:12CR00055 DPM |
| | ) | |
| BRANDON CAFFEY | ) | |

## GOVERNMENT'S MOTION TO REVOKE BOND AND REQUEST FOR WARRANT

The United States of America, by and through counsel, Christopher R. Thyer, United States Attorney, and Anne E. Gardner, Assistant United States Attorney, submits the following:

1. On February 16, 2012, the defendant appeared before the Hon. H. David Young for plea and arraignment.  The defendant was granted release on standard conditions. The defendant's standard conditions of release preclude him from violating any law, require him to immediately report to his pre-trial release officer any contact he has with law enforcement, and to keep in contact with his attorney not less than once every 2 weeks.

2. On May 5, 2012, the defendant was arrested and charged with domestic battery, third degree, following an incident with a female at his residence.  The defendant was released on bond on May 7, 2012 and entered a plea of no contest to the charge on May 8, 2012 and sentenced to pay a $350 fine and $140 court costs.

3.  On August 24, 2012, the defendant was unsuccessfully discharged from chemical free living at Recover Centers of Arkansas after he failed to return by curfew on August 23, 2012.

4. On September 27, 2012, the defendant was arrested following the execution of a search warrant by the Little Rock Police Department at his residence. The defendant was charged with possession of marijuana with purpose, possession of drug paraphernalia, and maintaining a drug premises. The defendant was released on $25,000 bail and charges are pending. On October 1, 2012, the defendant notified Pre-trial Services of his contact with law enforcement.

5. The defendant has failed to keep in regular contact with his attorney and attempts to contact him regarding the summons issued for this hearing have been unsuccessful.

WHEREFORE, the United States respectfully requests that the Court issue a warrant for the Defendant's to appear before the Court to show cause why his pre-trial release should not be revoked.

> Respectfully submitted,
>
> CHRISTOPHER R. THYER
> United States Attorney
>
> /s/ Anne E. Gardner
>
> By: ANNE E. GARDNER
> Assistant U.S. Attorney
> Bar No 41461
> P.O. Box 1229
> Little Rock, AR 72203
> 501-340-2600
> Anne.Gardner2@usdoj.gov

---

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Motion was served upon Willard Proctor, Esq., attorney for the defendant pursuant to electronic filing requirements on this 8th day of November, 2012.

                                                     /s/ Anne E. Gardner
                                                   _____
                                                   ANNE E. GARDNER