IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                 PLAINTIFF

v.                 No. 4:12-cr-55-DPM

QUENTIN LEEAARON TIDWELL;
BRANDON CAFFEY; KEENAN LAROD
PACKARD; RYAN O'NEAL; TERRANCE
COLEMAN; CHARLES THOMAS; DAMON
SISSION; CHARLES EDWARD PETTY, II;
DARRYL RANKINS; DELMAR ADRIAN
AVERY; KYLEISHA D LEE WRIGHT;
ROARIE GIBSON; and CADARRO GIBSON           DEFENDANTS

## ORDER

The United States' second motion to dismiss, Document No. 218, is granted. The charges against defendants Packard, Petty, Coleman, Avery, and Cadarro Gibson are dismissed without prejudice. The duplicative motion to dismiss, Document No. 213, is denied as moot. The sealed motion, Document No. 212, is denied as moot. Coleman's motion to continue, Document No. 215, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 December 2012