# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                              **No. 4:12-cr-55–DPM**

**RYAN O'NEAL**                                                 **DEFENDANT**

### Sentencing Scheduling Order

Sentencing is set for **August 28, 2013 at 11:00 a.m. in Courtroom B-155.**

So the Court and all parties can prepare for the hearing, the Court sets the

following schedule.

- Final PSR, including responses to objections, circulated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14 August 2013

- Motions to depart or vary and sentencing memoranda filed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18 August 2013

- Joint notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18 August 2013

- Responses to any departure or variance motions and responding memoranda filed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21 August 2013

If any of these deadlines is not met, then the sentencing will be continued

absent extraordinary circumstances.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 April 2013