IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
)
v. ) 4:12CR00055 DPM
)
)
BRANDON CAFFEY )

## TWO POINT BASE OFFENSE LEVEL VARIANCE STIPULATION

The United States Attorney for the Eastern District of Arkansas, Christopher R. Thyer, by and through Anne E. Gardner, Assistant United States Attorney, and Brandon Caffey, defendant, represented by the undersigned counsel, hereby agree to the following variance stipulations:

The defendant may seek a 2-level downward variance based on the proposed United States Sentencing Guidelines (USSG) amendment to section 2D1.1.  Based solely on instruction from the Attorney General of the United States, the United States agrees not to object to the defendant's request for a 2-level variance, notwithstanding the fact that the USSG amendment is not final.  If the defendant receives a variance as described above, the defendant agrees to waive his/her right to

appeal his/her sentence under Title 18, United States Code, Section 3582(c) in the event proposed amendment is adopted.

DATED this 15th day of May, 2014.

CHRISTOPHER R. THYER  
United States Attorney

By: *Anne E. Gardner*  
ANNE E. GARDNER  
Asst. United States Attorney  
Post Office Box 1229  
Little Rock, Arkansas 72203  
501/340-2600

*Brendan Caffey*  
BRANDON CAFFEY  
Defendant

*Willard Proctor*  
WILLARD PROCTOR, JR.  
Attorney for Defendant