PROB 12C
ED/AR (12/2012)

# United States District Court

## for the

## Eastern District of Arkansas

### Petition for Warrant or Summons for Offender Under Supervision   UNDER SEAL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 01 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP'CLERK

| | |
|---|---|
| Name of Offender: Brandon Larry Caffey | Case Number: 4:12CR00055-002 DPM |
| Name of Sentencing Judicial Officer: | Honorable D. P. Marshall Jr.<br>Chief United States District Judge |
| Original Offense: | Conspiracy to Possess With Intent to Distribute Cocaine Base |
| Date of Sentence: | May 15, 2014 |
| Original Sentence: | 90 months Bureau of Prisons followed by 5 years supervised release |
| Type of Supervision: Supervised Release | Date Supervision Commenced: December 21, 2018<br>Date Supervision Expires: December 20, 2023 |
| U. S. Probation Officer: Victoria Fitzhugh | Asst. U.S. Attorney: Cameron McCree | Defense Attorney: To be appointed |

## PETITIONING THE COURT

☒ To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐ To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory | **The defendant shall not commit another federal, state, or local crime.**<br>On June 13, 2020, Mr. Caffey violated this condition of supervised release when he appeared at his ex-girlfriend's (victim) residence and was knocking aggressively on her door. After the victim refused to open the door, she witnessed Mr. Caffey throw a large, black aerosol can through an open window of her vehicle. After Mr. Caffey left the area, the victim checked her vehicle and she could smell a strange odor. The fumes inside the car irritated her nose, lungs and eyes. Once Maumelle Police arrived, the fumes were identified as a form of pepper spray/mace. The Maumelle Police incident report, 20-974-OF, referenced the offense of Harassment/Conduct that Repeatedly Causes Alarm (Class A misdemeanor). |
| 2 | Standard (6) | **The defendant shall notify the probation officer ten days prior to any change in residence or employment.**<br>On June 13, 2020, Mr. Caffey failed to report his change of address to his probation officer. Attempts to contact Mr. Caffey were made to no avail. His current whereabouts are unknown. |

Prob 12C                                   - 2 -                    Petition for Warrant or Summons
                                                                    For Offender Under Supervision

Name of Offender:  Brandon Larry Caffey                         Case Number:  4:12CR00055-002

| | | | |
|---|---|---|---|
| 3 | Standard (7) | | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances except as prescribed by a physician. |

On December 27, 2018, and January 2, 2019, Mr. Caffey submitted a urine specimen which tested and confirmed positive for the use of marijuana. Furthermore, on January 7, 2019, Mr. Caffey stated he used CBD oil (Cannabidiol) on or around December 30, 2018, and signed an admission form.

On July 8, 2019, Mr. Caffey submitted a urine specimen which tested and confirmed positive for the use of methamphetamine. Furthermore, on August 8, 2019, Mr. Caffey admitted he ingested an unknown pill that may have contained methamphetamine and signed an admission form.

On October 30, 2019, Mr. Caffey submitted a urine specimen which tested and confirmed positive for the use of marijuana.

| | | | |
|---|---|---|---|
| 4 | Special (1) | | The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment.  Further, the defendant shall abstain from the use of alcohol throughout the course of treatment. |

On July 5; August 8; September 3; and December 29, 2019, Mr. Caffey failed to appear for a scheduled drug test.

On January 3; February 13; and June 17, 2020, Mr. Caffey failed to appear for a scheduled drug test.

I declare under penalty of perjury that the foregoing is true and correct.

_Victoria Fitzhugh_ (signature)
Victoria Fitzhugh
U.S. Probation Officer

Executed on   June 19, 2020

Approved by:

_(signature)_
Supervising U.S. Probation Officer

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_Anne Gardner_ (signature)
~~Cameron McCree~~ Anne Gardner
Assistant U.S. Attorney

Executed on   7-1-20